# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN LU, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>v.<br><br>SINA CORPORATION, CHARLES GUOWEI CHAO, BONNIE YI ZHANG, HONG DU, QINGXU DENG, BIN ZHENG, TER FUNG TSAO, YAN WANG, SONG-YI ZHANG, YICHEN ZHANG, JAMES JIANZHANG LIANG, MORGAN STANLEY & CO. LLC, and MORGAN STANLEY ASIA LIMITED,<br><br>             Defendants. | Case No. 1:25-cv-7820 (CM)<br><br>Hon. Colleen McMahon<br><br>CLASS ACTION<br><br> |

## NOTICE OF NON-OPPOSITION BY KEVIN LU

12/10/2025

The motion at Dkt # 34 is deemed withdrawn. Please terminate the motion.

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kevin Lu respectfully submits this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of counsel.

On November 18, 2025, Kevin Lu filed a motion seeking appointment as Lead Plaintiff and approval of his selection of Lead Counsel in the above-captioned action filed against Sina Corporation and certain of its executive officers. *See* ECF Nos. 34-37. Kevin Lu has reviewed the competing Lead Plaintiff motion pending before the Court and has determined that he does not appear to have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

Nevertheless, Kevin Lu remains ready, willing, and able to serve as Lead Plaintiff if the Court declines to appoint the remaining movant seeking Lead Plaintiff status. Kevin Lu reserves any and all rights to share in any recovery in this action as a member of the Class.

Dated: December 9, 2025                    Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Marco A. Dueñas*

Marco A. Dueñas
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Kevin Lu*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Marco A. Dueñas*
Marco A. Dueñas