# POMERANTZ LLP

Michael J. Wernke
Partner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2026

January 5, 2026

**VIA ECF**
Hon. Colleen McMahon
United States District Court for Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A, Chambers Room 2550
New York, NY 10007-1312

Re:   *In re Sina Corp. Sec. Litig.*, No. 1:25-cv-07820-CM

Dear Judge McMahon:

MEMO ENDORSED

On behalf of Lead Plaintiffs Meitav Mutual Funds Ltd. and Migdal Mutual Funds Ltd. ("Lead Plaintiffs"), we write to respectfully request permission to allow us to delegate certain tasks to attorneys at Saxena White P.A. ("SW") to aid in the prosecution of this case. On behalf of plaintiff Kevin Lu, SW investigated and filed the only complaint alleging violations of the federal securities laws against Sina Corporation and related defendants (collectively, "Defendants"). SW's investigation has uncovered helpful non-public information which would assist in prosecuting the case, benefiting the Class. SW's firm resume, detailing its attorneys' background and experience, is attached as Exhibit 1 to this letter. In addition, Lead Plaintiffs propose adding plaintiff Kevin Lu as an additional named plaintiff in the forthcoming consolidated complaint.

We are mindful of the Court's concerns of efficiency and expense, as well as our responsibilities and duties as Lead Counsel set forth in the Court's order appointing Lead Plaintiffs and Lead Counsel (ECF No. 44). Accordingly, and at the direction of Lead Plaintiffs, my firm will at all times maintain strict control over the litigation, and we will delegate assignments to SW to ensure efficiency and that there is no duplication of effort.

Thank you for your attention to these matters.

Respectfully,

*Michael J. Wernke*
Michael J. Wernke

*Counsel for Lead Plaintiffs and Lead
Counsel for the Class*

[Handwritten annotation from Judge, dated 1/8/2026]: The problem, as I see it, is that "maintaining strict control" over Pomerantz attorneys' activities will have overseen their entire effort. That is why I don't want me to appoint me from acting as lead counsel. Duplicity of effort.

[Signed] Colleen McMahon

mjwernke@pomlaw.com
600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9986
NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV
www.pomlaw.com

{00652167;1 }