UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SINA CORPORATION SECURITIES LITIGATION | Case No: 1:25-cv-07820-CM<br><br>CLASS ACTION<br><br>STIPULATION AND ~~PROPOSED~~ ORDER DEFERRING REQUIREMENT TO RESPOND TO COMPLAINT PENDING FILING OF AMENDED COMPLAINT |
| THIS DOCUMENT RELATES TO:<br><br>KEVIN LU, Individually and on behalf of others similarly situated. *v.* SINA CORPORATION, *et al.*, Case No: 1:25-cv-07820-CM | |

WHEREAS, the Complaint in the above-referenced action (ECF No. 1) was filed on September 19, 2025;

WHEREAS, having been requested on December 17, 2025 to waive service pursuant to Rule 4(d) of the Federal Rule of Civil Procedure, and having done so, Defendants Sina Corporation, Morgan Stanley & Co. LLC, and Morgan Stanley Asia Limited are required to respond to the Complaint by February 17, 2026;

WHEREAS, Lead Counsel, appointed on December 10, 2025 (*see* ECF No. 44), intend to file an Amended Complaint in the coming weeks;

NOW, THEREFORE, in the interests of preserving judicial and party resources, and subject to, without waiver of, and preserving all defenses, including defenses as to personal jurisdiction, it is STIPULATED as follows:

Any requirement to answer or move to dismiss the Complaint is deferred pending the filing of an Amended Complaint.

Dated: February 5, 2026

/s/ *Michael J. Wernke*
POMERANTZ LLP
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjwernke@pomlaw.com

POMERANTZ LLP
Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
oguy@pomlaw.com
eitan@pomlaw.com

*Lead Counsel for Lead Plaintiffs Meitav Mutual Funds Ltd. and Migdal Mutual Funds Ltd. and for the Class*

/s/ *Michael C. Griffin*
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant Sina Corporation*

2

/s/ Andrew Rhys Davies
WILMER CUTLER PICKERING
HALE AND DORR LLP
Andrew Rhys Davies
Ross E. Firsenbaum
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 295-6575
Andrew.Davies@wilmerhale.com
Ross.Firsenbaum@wilmerhale.com

*Counsel for Defendants Morgan Stanley & Co. LLC and Morgan Stanley Asia Limited*

SO ORDERED:

Dated: 2/5/2026
New York, New York

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

3