SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2844
DIRECT FAX
(917) 777-2844
EMAIL ADDRESS
MICHAEL.GRIFFIN@SKADDEN.COM

August 28, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *In re Sina Corporation Securities Litigation*, No. 25-cv-7820 (CM)

Dear Judge McMahon:

On behalf of Defendant Sina Corporation in the above-referenced action, we respectfully write pursuant to Rule V.G. of Your Honor's Individual Practices and Procedures to request oral argument on Sina's Motion to Dismiss. Sina filed its Reply Memorandum of Law in Further Support of its Motion to Dismiss today. We believe oral argument will aid the Court in resolving the issues raised in Sina's Motion.

Respectfully,

*/s/ Michael C. Griffin*

Michael C. Griffin

cc: All Counsel of Record (via ECF)