WILMERHALE

August 28, 2026

**Andrew Rhys Davies**

+1 212 295 6475 (t)
+1 212 230 8888 (f)
andrew.davies@wilmerhale.com

**By ECF**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Sina Corporation Securities Litigation*, Case No. 1:25-cv-07820 (CM)
Request for Oral Argument

Dear Judge McMahon:

On behalf of Defendants Morgan Stanley & Co. LLC and Morgan Stanley Asia Limited, we write pursuant to Rule V.G. of Your Honor's Individual Practices and Procedures to request oral argument on our clients' motion to dismiss, which became fully briefed today. We believe that oral argument will assist the Court in resolving the motion.

Respectfully submitted,

/s/ *Andrew Rhys Davies*

Andrew Rhys Davies

Copy: Counsel of record (via ECF)